E-filing

# DECLARATION OF SERVICE BY MAIL

I, __Emil Ekdahl_____, the undersigned, declare:
　　Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

　　　　CDC No. __C-79199__　　Housing __3N67-U.__
　　　　San Quentin State Prison
　　　　San Quentin, CA 94974

On __April 28__, __2008__, I served the following document(s):
　　Month/Day　　　　Year

　One (1) Federal petition for writ of habeas corpus
　One (1) In Forma Pauperis Application.
　One (1) Certification of Funds in Prisoner's Account.
　One (1) Exhibits to said writ of habeas corpus.

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

- OFFICE OF THE CLERK U.S. DISTRICT
- COURT NORRERN DISTRICT OF
- CALIFORNIA
- 450 GOLDEN GATE AVE.
- SAN FRANCISCO, CA. 94102

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __28__ day of __April__, __2008__, at San Quentin, CA, County of Marin.

　　　　　　　　　　　_____
　　　　　　　　　　　　Signature of declarant

# DECLARATION OF SERVICE BY MAIL

I, __Emil Ekdahl__, the undersigned, declare:
    Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

        CDC No. __C-79199__    Housing __3N67-U__
        San Quentin State Prison
        San Quentin, CA 94974

On __April 28__, __2008__., I served the following document(s):
   Month/Day     Year

__One (1) Petition for writ of habeas corpus -- federal.__
__One (1) In Forma Pauperis Application.__
__One (1) copy of Certificate of funds in Prisoner's Account__
__One (1) copy of Exhibits to said writ of habeas corpus.__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

**California Attorney General**
**455 Golden Gate Ave. Suite 11000**
**San Francisco, CA. 94102-7004.**

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __28__ day of __April__, __2008__, at San Quentin, CA, County of Marin.

                                                          _[signature]_
                                                          Signature of declarant