Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102.

June 12, 2008.

Benjamin Frank Ballard
San Quentin State Prison
D-04047 / 2N96-U.
San Quentin, CA. 94974.

RE: Petition for writ of habeas corpus Case No. C-08-2550 MMC.

Dear Court Clerk;

    Enclosed is a check made out by prison authorities, and from the State of California in the amount of five (5) dollars ($5.00) for the filling fee due in the above mention petition for writ of habeas corpus.

    Since I have already mailed a check for the $5.00 filling fee, and have no idea as to why that check was not sufficient, is it possible to have one of the two checks returned? Please return which ever one comes in second.

    In the event only one of the checks shows up please use it to file the charges due to save my writ from dismissal. See attached Court Clerk Document of my case.

    Thank you for any time and help in this matter.

With Respect Ben Ballard,

*Ben Ballard*

*Paid   Check enclosed*

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

## TRUST ACCOUNT WITHDRAWAL ORDER

Date June 12 20 08

To: Warden            Approved _____

I hereby request that my Trust Account be charged $ 5.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

D-04047
NUMBER

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PURPOSE Filling Fee for Federal District Court Petition for writ of habeas corpus Case No. C-08-2550 MMC

_Benjamin F. Ballard_
NAME (Signature please, DO NOT PRINT)

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

NAME Office of the Clerk U.S. District
ADDRESS Court Northern District of
California 450 Golden Gate Avenue
San Francisco, CA. 94102.

Benjamin Frank Ballard
PRINT YOUR FULL NAME HERE

## DECLARATION OF SERVICE BY MAIL

I, __Emil Joseph Von Ekdahl III.__, the undersigned, declare:
    Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

        CDC No. __C-79199__      Housing __4N64-U.__
        San Quentin State Prison
        San Quentin, CA 94974

On __June 12__, __2008__, I served the following document(s):
   Month/Day    Year

One (1) State of California Check in the amount of Five(5) dollars and filled out by San Quentin State Prison Officials.

One (1) Letter addressed to the U.S. District Court Clerk asking that the above mentioned check be used toward filling fees in petition for writ of habeas corpus Case No. C-08-2550 MMC

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

```
Office of the Clerk for the
U.S. District Court, Northern
District of California
450 Golden Gate Avenue
San Francisco, CA. 94102.
```

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __12__ day of __June__, __2008.__, at San Quentin, CA, County of Marin.

                                          _Emil Joseph Von Ekdahl, III_
                                            Signature of declarant

Benjamin Frank Ballard
D-04047 / 2N96-U.
San Quentin, CA. 94874.

LEGAL MAIL:

Office of the Clerk for the
U.S. District Court, Northern
District of California
450 Golden Gate Avenue
San Francisco, CA. 94102.