FILED

08 JUN 30 PM 1:44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

9

10   BENJAMIN FRANK BALLARD                  )
                                            )
11                          Plaintiff,      )   CASE NO. _C08 - 2550 MMC_
                                            )
12            vs.                           )   PRISONER'S
                                            )   APPLICATION TO PROCEED
13   ROBERT AYERS JR.                       )   IN FORMA PAUPERIS
     WARDEN OF SAN QUENTIN                  )
14                          Defendant.      )
                                            )
15   ─────────────────────────────

16   ___  I, Benjamin Ballard ___, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct.  I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security.  I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22            In support of this application, I provide the following information:

23   1.       Are you presently employed?  Yes ___  No  X

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: __N/A__ _____  Net: __N/A_____

27   Employer: __N/A__ _____

28   __N/A__ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  N/A _____

5  N/A _____

6  N/A _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9        a.    Business, Profession or          Yes ____ No __X__

10             self employment

11       b.    Income from stocks, bonds,        Yes ____ No __X__

12             or royalties?

13       c.    Rent payments?                    Yes ____ No __X__

14       d.    Pensions, annuities, or           Yes ____ No __X__

15             life insurance payments?

16       e.    Federal or State welfare payments, Yes ____ No __X__

17             Social Security or other govern-

18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  N/A _____

22  N/A _____

23  3.     Are you married?                      Yes ____ No __X__

24  Spouse's Full Name: __N/A_____

25  Spouse's Place of Employment: __N/A_____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $__N/A_____ Net $__N/A_____

28  4.     a.     List amount you contribute to your spouse's support:$ _N/A_____

1    b.    List the persons other than your spouse who are dependent upon you for

2    support and indicate how much you contribute toward their support. (NOTE:

3    For minor children, list only their initials and ages. DO NOT INCLUDE

4    THEIR NAMES.).

5    N/A

6    N/A

7    5.    Do you own or are you buying a home?    Yes ____ No __X__

8    Estimated Market Value: $__N/A_____    Amount of Mortgage: $___N/A_____

9    6.    Do you own an automobile?    Yes ____ No __X__

10    Make _N/A_____    Year _N/A_____    Model _N/A_____

11    Is it financed? Yes _____ No __X__ If so, Total due: $___N/A_____

12    Monthly Payment: $ __N/A__

13    7.    Do you have a bank account? Yes _X_ No ____ (Do not include account numbers.)

14    Name(s) and address(es) of bank: CDCR TRUST ACCOUNT – SAN QUENTIN

15    STATE PRISON 1 Main St. San Quentin, CA. 94964.

16    Present balance(s): $See attached Certification of Funds.

17    Do you own any cash? Yes ____ No __X__ Amount: $ _N/A_____

18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19    market value.) Yes ____ No _X_

20    N/A

21    8.    What are your monthly expenses?

22    Rent: $ __N/A_____    Utilities: __N/A_____

23    Food: $ __N/A_____    Clothing: __N/A_____

24    Charge Accounts:

25    | Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
26    | N/A | $ N/A | $ N/A |
27    | N/A | $ N/A | $ N/A |
28    | N/A | $ N/A | $ N/A |

9.      Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do <u>not</u> include account numbers.)

N/A

N/A

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes _____  No __X__

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

N/A

        I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

        I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__June 13, 2008.___                    _____
        DATE                           SIGNATURE OF APPLICANT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S**
**IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

Case Number: __C-08-2550  MMC__

1
2
3
4
5
6
7

## CERTIFICATE OF FUNDS

### IN

### PRISONER'S ACCOUNT

D04047

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Benjamin Ballard_ for the last six months
[prisoner name]
_San Quentin State Prison_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _181.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _181.00_ .

Dated: _6/24/08_

_____
[Authorized officer of the institution]

- 5 -

# DECLARATION OF SERVICE BY MAIL

I, __Emil Joseph Von Ekdahl III.__ , the undersigned, declare:
    Printed Name of Declarant
I am over the age of 18 years, a citizen of the United States of America, and am not
a party to the cause within. My residence address is:

> CDC No.__C-79199__    Housing __4N64-U.__
> San Quentin State Prison
> San Quentin, CA 94974

On __June 13__ , __2008__ , I served the following document(s):
    Month/Day      Year

__One (1) MOTION FOR APPOINTMENT OF COUNSEL - Case No. C-08-2550__

__One (1) MOTION FOR IN FORMA PAUPERIS APPLICATION, and certification__
__of funds with attached trust account statement - filed and__
__attached by AUTHORIZED OFFICER OF SAN QUENTIN INSTITUTION.__

on the parties and at the addresses described below by placing the pleadings in a
sealed envelope, with postage fully prepaid, and presented said item(s) to
Corrections Department staff for mailing in the United States Mail as per the rules
and regulations governing outgoing legal mail at San Quentin State Prison.

__Office of the Clerk for the__
__U.S. District Court, Nortern__
__District of California__
__450 Golden Gate Avenue__
__San Francisco, CA. 94102.__

I swear under penalty of perjury that the foregoing is true of my own personal
knowledge. Executed on this __13__ day of __June__ , __2008__ , at
San Quentin, CA, County of Marin.

                    Signature of declarant

# DECLARATION OF SERVICE BY MAIL

I, __Emil Joseph Von Ekdahl III.__, the undersigned, declare:

        Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

        CDC No. __C-79199__     Housing __4N64-U.__

        San Quentin State Prison

        San Quentin, CA 94974

On __June 13__, __2008__, I served the following document(s):

  Month/Day     Year

    __One (1) MOTION FOR APPOINTMENT OF COUNSEL - Case No. C-08-2550__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

        CALIFORNIA ATTORNEY GENERAL

        455 Golden Gate Avenue

        Suite 11000

        San Francisco, CA. 94102-7004.

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __13__ day of __June__, __2008__, at San Quentin, CA, County of Marin.

                        Signature of declarant

```
REPORT ID: TS3030  .701                          REPORT DATE: 06/24,
                                                 PAGE NO:
```

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 24, 2007 THRU JUN. 24, 2008

```
ACCOUNT NUMBER : D04047               BED/CELL NUMBER: N 2 00000000096L
ACCOUNT NAME   : BALLARD, BENJAMIN        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
```

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 01/24/2007 | | BEGINNING BALANCE | | | | | 109.3 |
| 02/06 | D554 | INMATE PAYROL | 2803/JAN07 | | 10.13 | | 119.5 |
| 02/13 | FR01 | CANTEEN RETUR | 602877 | | | 0.45- | 119.9 |
| 02/15 | W476 | DONATION-PROT | 2918IMPACT | | | 1.00 | 118.9 |
| 02/15 | W476 | DONATION-PROT | 2918IMPACT | | | 3.00 | 115.9 |
| 02/21 | W449 | DONATION-ARTS | 2955FDSALE | | | 21.00 | 94.9 |
| 02/23 | D300 | CASH DEPOSIT | 2992MAILRM | | 60.00 | | 154.9 |
| 03/06 | D554 | INMATE PAYROL | 3077/FEB07 | | 10.80 | | 165.7 |
| 03/12 | FC01 | DRAW-FAC 1 | 603177M2ND | | | 52.50 | 113.2 |
| 04/09 | D554 | INMATE PAYROL | 3470/MAR07 | | 7.20 | | 120.4 |
| 04/17 | FC01 | DRAW-FAC 1 | 3575/MAIN2 | | | 100.00 | 20.4 |
| 05/04 | D554 | INMATE PAYROL | 3755/APR07 | | 27.52 | | 47.9 |
| 05/04 | W502 | POSTAGE CHARG | 3768POSTAG | | | 6.22 | 41.7 |
| 05/07 | D340 | EFT DEPOSIT | 3776/J-PAY | | 50.00 | | 91.7 |
| 05/15 | FC01 | DRAW-FAC 1 | 3883/M2ND | | | 57.50 | 34.2 |
| 05/24 | W502 | POSTAGE CHARG | 4017POSTAG | | | 5.06 | 29.1 |
| 06/01 | D340 | EFT DEPOSIT | 4093/J-PAY | | 100.00 | | 129.1 |
| 06/06 | D554 | INMATE PAYROL | 4140/MAY07 | | 24.64 | | 153.8 |
| 06/11 | FC01 | DRAW-FAC 1 | 604243M2ND | | | 125.00 | 28.8 |
| 06/11 | FR01 | CANTEEN RETUR | 604250 | | | 0.05- | 28.8 |
| 07/05 | D340 | EFT DEPOSIT | 0030/J-PAY | | 100.00 | | 128.8 |
| 07/06 | D554 | INMATE PAYROL | 0048JUNE07 | | 28.80 | | 157.6 |
| 07/06 | W512 | LEGAL POSTAGE | 0041LPOSTA | | | 4.60 | 153.0 |
| 07/06 | W512 | LEGAL POSTAGE | 0041LPOSTA | | | 1.65 | 151.4 |
| 07/16 | FR01 | CANTEEN RETUR | 700168 | | | 0.10- | 151.5 |
| 07/16 | FC01 | DRAW-FAC 1 | 0177/M1ST | | | 128.00 | 23.5 |
| 08/04 | D554 | INMATE PAYROL | 0513JULY07 | | 27.84 | | 51.3 |
| 08/04 | W536 | COPAY CHARGE | 0535/COPAY | | | 5.00 | 46.3 |
| 08/08 | W512 | LEGAL POSTAGE | 0579LPOSTA | | | 1.98 | 44.3 |
| 08/08 | W512 | LEGAL POSTAGE | 0579LPOSTA | | | 10.00 | 34.3 |
| 08/13 | FR01 | CANTEEN RETUR | 700608 | | | 0.26- | 34.6 |
| 08/13 | FC01 | DRAW-FAC 1 | 0620/M2ND | | | 27.50 | 7.1 |
| 08/27 | D340 | EFT DEPOSIT | 0786/J-PAY | | 100.00 | | 107.1 |
| 09/17 | D554 | INMATE PAYROL | 0901/AUG07 | | 22.40 | | 129.5 |
| 09/17 | FC01 | DRAW-FAC 1 | 1088/MAIN2 | | | 119.50 | 10.0 |
| 09/20 | W512 | LEGAL POSTAGE | 1147LPOST | | | 4.60 | 5.4 |
| 10/05 | D554 | INMATE PAYROL | 1368SEPT07 | | 24.32 | | 29.7 |
| 10/15 | FC01 | DRAW-FAC 1 | 1498/MAIN2 | | | 15.50 | 14.2 |
| 11/02 | D340 | EFT DEPOSIT | 1777/J-PAY | | 50.00 | | 64.2 |
| 11/06 | D554 | INMATE PAYROL | 1822102007 | | 24.32 | | 88.5 |
| 11/13 | FC01 | DRAW-FAC 1 | 1944/M2&3 | | | 87.50 | 1.0 |
| 12/05 | D401 | HANDICRAFT SA | 2197/HOBBY | | 171.55 | | 172.6 |
| 12/06 | D554 | INMATE PAYROL | 2253/NOV07 | | 25.92 | | 198.5 |

REPORT ID: TS3030  .701

SAN QUENTIN PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 24, 2007 THRU JUN. 24, 2008

ACCT: D04047    ACCT NAME: BALLARD, BENJAMIN    ACCT TYPE: I

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALAN( |
|------|-----------|-------------|---------|-----------|----------|-------------|--------|
| 12/17 | FC01 | DRAW-FAC 1 | 2407/M2ND | | | 17.50 | 181. |
| 12/24 | W502 | POSTAGE CHARG | 2540/POST | | | 13.30 | 167. |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/08 | D554 | INMATE PAYROL | 2662/DEC07 | | 23.04 | | 190. |
| 01/11 | W700 | IWF SP SURCHA | 2740/H4804 | | | 9.36 | 181. |
| 01/11 | W300 | HANDICRAFT PU | 2740/H4804 | 187070700 | | 112.79 | 68. |
| 01/14 | FC01 | DRAW-FAC 1 | 2773/MAIN2 | | | 27.50 | 41. |
| 02/06 | D554 | INMATE PAYROL | 3038JAN08 | | 33.28 | | 74. |
| 02/11 | FR01 | CANTEEN RETUR | 703110 | | | 0.56- | 74. |
| 02/11 | D200 | CASH DEPOSIT- | 3083REFUND | | 7.91 | | 82. |
| 02/11 | D340 | EFT DEPOSIT | 3114/J-PAY | | 100.00 | | 182. |
| 02/11 | FC01 | DRAW-FAC 1 | 3124/MAIN2 | | | 46.50 | 136. |
| 03/07 | D554 | INMATE PAYROL | 3454/FEB08 | | 33.28 | | 169. |
| 03/10 | FC01 | DRAW-FAC 1 | 3484/M1ST | | | 130.00 | 39. |
| 03/26 | D300 | CASH DEPOSIT | 3766MAILRM | | 25.00 | | 64. |
| 04/07 | D554 | INMATE PAYROL | 3904/MAR08 | | 35.20 | | 99. |
| 04/14 | FR01 | CANTEEN RETUR | 704017 | | | 0.05- | 99. |
| 04/14 | FC01 | DRAW-FAC 1 | 4024/M2ND | | | 55.50 | 44. |
| 05/02 | D340 | EFT DEPOSIT | 4306/JPAY | | 100.00 | | 144. |
| 05/05 | D554 | INMATE PAYROL | 4306APRL08 | | 40.32 | | 184. |
| 05/09 | W502 | POSTAGE CHARG | 4400/POST | | | 5.30 | 179. |
| 05/12 | FC01 | DRAW-FAC 1 | 4442/MAIN2 | | | 125.50 | 53. |
| 06/02 | D340 | EFT DEPOSIT | 4694/JPAY | | 100.00 | | 153. |
| 06/05 | D554 | INMATE PAYROL | 4728/MAY08 | | 26.88 | | 180. |
| 06/05 | W512 | LEGAL POSTAGE | 4757/LPOST | | | 5.20 | 175. |
| 06/05 | W512 | LEGAL POSTAGE | 4757/LPOST | | | 5.20 | 170. |
| 06/10 | FR01 | CANTEEN RETUR | 704792 | | | 0.25- | 170. |
| 06/10 | FC01 | DRAW-FAC 1 | 4794/MAIN2 | | | 125.50 | 45. |
| 06/17 | W415 | CASH WITHDRAW | 4919FILFEE | 187072897 | | 5.00 | 40. |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIO TO BE POST |
|-------------------|----------------|-------------------|-----------------|---------------|-----------------------|
| 109.37 | 1,390.35 | 1,459.54 | 40.18 | 0.00 | 0. |

CURRENT
AVAILABLE
BALANCE
-----------
40.
-----------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6/24/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

Benjamin Frank Ballard.
D-04047 / 2N96-U.
San Quentin, CA. 94974.

Office of the Clerk for the
U.S. District Court, Northern
District of California
450 Golden Gate Avenue
San Francisco, CA. 94102.

RECEIVED

UNITED STATES POSTAGE
$ 01.34°
02 1M
0004248283
JUN 27 2008
MAILED FROM ZIP CODE 94964
PITNEY BOWES