IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN FRANK BALLARD,<br><br>  Petitioner,<br><br>  v.<br><br>ROBERT AYERS, JR., Warden,<br><br>  Respondent. | No. CV-08-2550 MMC (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED T**he petition for a writ of habeas corpus is hereby DENIED. A certificate of appealability is hereby DENIED.

Dated: April 11, 2011                                              Richard W. Wieking, Clerk

                                                                               *Tracy Lucero*

                                                                               By: Tracy Lucero
                                                                               Deputy Clerk